UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kimberly Marlatt,

                              Plaintiff,

-against-

Capital One Bank (USA), National Association, and TransUnion, LLC,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2021

21 Civ. 3893 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court was advised on May 6, 2021, that all claims asserted against Defendant TransUnion, LLC, have been discontinued with prejudice. ECF No. 2-2. Accordingly, as to TransUnion, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order.

    Any application to reopen the case against TransUnion must be filed <u>within thirty days</u> of this order; any application to reopen filed thereafter may be denied solely on that basis

    As to TransUnion, any pending motions are moot and all conferences are vacated. The Clerk of Court is directed to terminate TransUnion as a defendant and close the case.

    SO ORDERED.

Dated: November 8, 2021
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge